Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA S. TICZON, an individual, | Case No.: 4:08-CV-02594 WDB |
| Plaintiff, | **NOTICE OF STAY OF PROCEEDINGS** |
| v. | |
| MACY'S, INC., a Delaware corporation; DEPARTMENT STORES NATIONAL BANK; DOES 1 THROUGH 10, | |
| Defendants.              / | |

TO THE CLERK OF THE COURT AND TO THE DEFENDANTS HEREIN:

On May 10, 2008, Plaintiff filed a petition for relief under the provisions of Chapter 7 of Title 11 U.S.C., with the United States Bankruptcy Court, Northern District of California, Case Number 08-30816 TEC.

As a result of Plaintiff's filing of the petition, proceedings involving property of the estate are stayed. The herein lawsuit is scheduled as an asset of the estate, subject to it's being set aside as exempt property. Pending that determination, this action is stayed.

Dated:  6/21/08            /s/_____
                            Irving L. Berg