UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Maria S. Ticzon v. Macy's, Inc., et al.**
U. S. District Court, Northern District of California, Case No.: 4:08-CV-02594 WDB

## PROOF OF MAILING

    I declare I am over the age of eighteen years of age and not a party to the within case. My business address is 145 Town Center, PMB 493, Corte Madera, CA 94925. On the date set forth below, I served the:

**Notice of Stay of Proceedings**

by first class, United States mail, postage prepaid at Corte Madera, County of Marin, State of California, and addressed to those parties listed below.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:     6/21/08                                   /s/
                                                                    Irving L. Berg

Michael D. Schulman, Esq.
Law Offices of Michael D. Schulman
21800 Oxnard Street, Suite 750
Woodland Hills, CA 91367-7305