1  MICHAEL D. SCHULMAN, ESQ.   (#137249)
   LAW OFFICES OF MICHAEL D. SCHULMAN
2  21800 OXNARD STREET, SUITE 750
   WOODLAND HILLS, CA 91367-7305
3  (818) 999-5553

4

5  Attorneys for Defendant
   DEPARTMENT STORES NATIONAL BANK
6

7

8                    **UNITED STATES DISTRICT COURT**

9      **NORHTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| 11  MARIA S. TICZON, an individual, | Case No.:   CV 08-02594 WDB |
| 12                    Plaintiff, | PROOF OF SERVICE UPON PLAINTIFF OF NOTICE OF REMOVAL BY DEFENDANT |
| 13            v. | DEPARTMENT STORES NATIONAL BANK, ETC. |
| 14  MACY'S, INC., a Delaware Corporation; | |
| 15  DEPARTMENT STORES NATIONAL BANK; DOES 1 THROUGH 10, | |
| 16                    Defendants. | |

19       Attached hereto is the original proof of service of the Notice of Removal by Defendant,

20  Department Stores National Bank; Civil Cover Sheet; Order Setting Initial Case Management

21  Conference and ADR Deadlines; Notice of Assignment of Case to a United States Magistrate

22  Judge for Trial; ECF Registration Information Handout.

23  DATED: June 16, 2008          LAW OFFICES OF MICHAEL D. SCHULMAN

24                                 By _____/s/ Michael Schulman_____
25                                   MICHAEL D. SCHULMAN
                                     Attorneys for Defendant
26                                   DEPARTMENT STORES NATIONAL BANK

                                  -1-
                  PROOF OF SERVICE OF NOTICE OF REMOVAL

1  **PROOF OF SERVICE**

2  STATE OF CALIFORNIA

3  COUNTY OF LOS ANGELES

4  I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 21800 Oxnard Street, Suite 750, Woodland Hills, CA 91367.

6  On June 16, 2008, I served the documents described as:

7  NOTICE OF REMOVAL BY DEFENDANT, DEPARTMENT STORES NATIONAL BANK; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION HANDOUT

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

Irving L. Berg
The Berg Law Group
145 Town Center, PMB 94925
Corte Madera, CA 94925

X  BY MAIL

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__ BY PERSONAL DELIVERY.

__ BY FACSIMILE DELIVERY.

__ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 16, 2008, at Woodland Hills, California.

_____Yvette Montejo_____
Type or Print Name                                    Signature