UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICSON, | No. C 08-2594 WDB |
| Plaintiff, | NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE |
| v. | |
| MACY'S, INC., et al. | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference set for Thursday, August 28, 2008, is hereby <u>continued</u> to Thursday, October 2, 2008, at 4:00 p.m.  <u>Lead</u> trial counsel for each party must participate in the case management conference. **No later than seven court days** prior to the case management conference, the parties must meet and confer and file a joint case management conference statement.

Richard W. Wieking, Clerk
United States District Court

August 19, 2008

*Sarah Weinstein*

By:   Sarah Weinstein
       Law Clerk/Deputy Clerk