Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TICZON, an individual, | Case No.: C 08-02594 WDB |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| MACY'S INC., a Delaware corporation; DEPARTMENT STORES NATIONAL BANK; DOES 1 THROUGH 10, | |
| Defendant. / | |

It is hereby stipulated and ~~agreed by and between the parties that herein action against~~ Defendant be dismissed with prejudice and without costs and attorneys' fees to any party, all costs and attorneys' fees having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

SO STIPULATED:

DATED: September 25, 2008

BY: /s/
IRVING L. BERG
Attorney for Plaintiff, Maria Ticzon

DATED: September 26, 2008

BY: /s/
Michael D. Schulman
LAW OFFICES OF MICHAEL D. SCHULMAN
Attorney for Defendants, Macy's Inc., a Delaware Corporation; Department Stores National Bank, Does 1 Through 10

IT IS SO ORDERED.
Dated: September 29, 2008

Wayne D. Brazil
United States Magistrate Judge

STIPULATION TO DISMISS
WITH PREJUDICE                                   1           TICZON V. MACY'S *et al.*